

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2015

No. 04-15-00204-CR

Robert **RODRIGUEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-0979-CR-A
Honorable Gary L. Steel, Judge Presiding

# O R D E R

     Appellee's motion for extension of time to file their brief is granted. Time is extended to December 3, 2015.

_____
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2015.

_____
Keith E. Hottle
Clerk of Court